AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi



MAY 30 2025

U.S. MARSHALS
NORTHERN DISTRICT
OF MISSISSIPPI

United States of America
v.

CARNORRIS YARBROUGH a/k/a "C-Lo"

*Defendant*

Case No.  1:25CR059
25-5406MJ

## ARREST WARRANT   2542-0530-0514-J

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CARNORRIS YARBROUGH a/k/a "C-Lo",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

DRUG CONSPIRACY

Date: 05/30/2025

*Issuing officer's signature*: Deputy Clerk

City and state: Oxford, Mississippi

David Crews, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

**FILED**

MAY 29 2025

DAVID CREWS, CLERK
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | CRIMINAL NO. 1:25CR59 |
| | * | |
| MEDFORD EILAND, | * | 21 U.S.C. § 846 |
| a/k/a "Pooh," and | * | |
| CARNORRIS YARBROUGH, | * | |
| a/k/a "C-Lo" | * | |
| | * | |
| Defendants. | * | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
### (FENTANYL CONSPIRACY)

Beginning at a time unknown to the Grand Jury, and continuing up until at least in or around March 10, 2022, in the Northern District of Mississippi, and elsewhere, the defendants, **MEDFORD EILAND** and **CARNORRIS YARBROUGH**, did knowingly and intentionally conspire, combine, and agree with each other and with other persons, both known and unknown to the Grand Jury, to distribute and to possess with the intent to distribute more than forty grams of fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846.

A TRUE BILL

_____
CLAY JOYNER
UNITED STATES ATTORNEY

/s/ Signature Redacted
FOREPERSON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL NO. 1:25CR59 |
| MEDFORD EILAND,<br>a/k/a "Pooh," and<br>CARNORRIS YARBROUGH,<br>a/k/a "C-Lo" | 21 U.S.C. § 846 |
| Defendants. | |

## PENALTIES

**COUNT ONE**

| | |
|---|---|
| NLT five years imprisonment, NMT forty years | 21 U.S.C. § 841(b)(1)(B) |
| NMT a $5,000,000 fine or both | 21 U.S.C. § 841(b)(1)(B) |
| NLT four years supervised release | 21 U.S.C. § 841(b)(1)(B) |
| Ineligibility for federal benefits for up to 5 years after conviction | 21 U.S.C. § 862(a) |
| $100 mandatory special assessment | 18 U.S.C. § 3013(a)(2)(B) |